# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Antonio A. Rivera-Matos<br>Plaintiff<br><br>vs.<br><br>Bernardo Olmeda-Morales, et al<br>Defendant | CIVIL CASE 15-1783 (JAF) |

## JUDGMENT

On the basis of Docket [31] *Stipulation of Dismissal*, Judgment is entered dismising the complaint with prejudice, the Court retaining jurisdiction to enforce, if necessary.

In San Juan, Puerto Rico, this 14th day of January, 2016.

Frances Rios de Moran, Esq.
Clerk of Court

S/ Diana Villavicencio

Diana Villavicencio
Deputy Clerk